UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CRAIG SPURLOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Defendant. | No. 2:23-cv-00467-JHC<br><br>ORDER |

THIS MATTER comes before the Court on Defendant's Motion for Protective Order. Dkt. # 13. The motion does not comply with LCR 7(e)(6), as it lacks a certification as to the number of words contained therein; and the motion appears overlength. Accordingly, the Court STRIKES the motion. Defendant may refile its motion in a form compliant with the Local Civil Rules. The Court believes that this would be in the interest of justice as compared to disregarding the portion of the motion exceeding 4,200 words in length.

*John H. Chun*
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER - 1
NO. 2:23-cv-00467-JHC