UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CRAIG SPURLOCK, | No. 2:23-cv-00467-JHC |
| Plaintiff, | ORDER GRANTING STATE FARM'S MOTION TO CONTINUE TRIAL DATE AND ASSOCIATED DEADLINES |
| v. | |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

This matter comes before the Court on State Farm Fire and Casualty Company's Motion to Continue Trial Date and Associated Deadlines.  Dkt. # 44.  The Court finds good cause to grant the motion.  Also, the Court considers the lack of an opposition to the motion as an admission that it has merit.  *See* LCR 7(b)(2).  Thus, the Court GRANTS the motion and CONTINUES the trial date in this matter to January 6, 2025.  The Court DIRECTS the Clerk to issue a new case scheduling order.

DATED this 23rd day of February, 2024.

*[signature: John H. Chun]*

John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STATE FARM'S MOTION
FOR CONTINUANCE - 1
NO. 2:23-cv-00467-JHC