UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CRAIG SPURLOCK,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>        Defendant. | No. 2:23-cv-00467-JHC<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE DISCOVERY CUTOFF AND DISPOSITIVE MOTION DEADLINE** |

THIS MATTER comes before the Court by way of the Stipulated Motion to Extend Discovery, stipulated by Plaintiff Craig Spurlock and Defendant State Farm Fire and Casualty Company. Dkt. # 51. The Court, having reviewed the motion, orders as follows:

It is ORDERED, ADJUDGED, AND DECREED that the Stipulated Motion to Continue Discovery Cutoff and Dispositive Motion Deadline is GRANTED. It is further ORDERED, ADJUDGED, AND DECREED that the Discovery Cutoff is continued to August 30, 2024, and the Dispositive Motions and Motions Challenging Expert Witness Testimony are each continued to September 30, 2024.

DATED this 12th day of August 2024.

_____
John H. Chun
United States District Judge