UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRAIG SPURLOCK,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | No. 2:23-cv-00467-JHC<br><br>**ORDER GRANTING STIPULATED MOTION FOR BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS** |

THIS MATTER comes before the Court by way of the Stipulated Motion for Dispositive Motions Briefing Schedule, stipulated by Plaintiff Craig Spurlock and Defendant State Farm Fire and Casualty Company. Dkt. # 55. Plaintiff served and filed his Motion for Partial Summary Judgment on September 12, 2024. Dkt. # 53. The Court, having reviewed the Stipulated Motion, orders as follows:

It is ORDERED, ADJUDGED, AND DECREED that the Stipulated Motion for Briefing Schedule on Dispositive Motions is GRANTED. It is further ORDERED, ADJUDGED, AND DECREED that the parties' response and reply briefs are due according to the following briefing schedule:

| FILING | DUE DATE |
|---|---|
| State Farm's Motion for Partial Summary Judgment | September 27, 2024 |
| State Farm's Response to Plaintiff's Motion | October 3, 2024 |

ORDER GRANTING STIPULATED MOTION
FOR BRIEFING SCHEDULE ON
DISPOSITIVE MOTIONS - 1
NO. 2:23-cv-00467-JHC

| | |
|---|---|
| for Partial Summary Judgment | |
| Plaintiff's Reply on Plaintiff's Motion | October 10, 2024 |
| Plaintiff's Opposition to State Farm's Motion | October 18, 2024 |
| State Farm's Reply on State Farm's Motion | October 25, 2024 |

DATED this 26th day of September 2024.

*[signature]*
John H. Chun
United States District Court Judge

ORDER GRANTING STIPULATED MOTION
FOR BRIEFING SCHEDULE ON
DISPOSITIVE MOTIONS - 2
NO. 2:23-cv-00467-JHC