**HONORABLE JOHN H. CHUN**

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRAIG SPURLOCK, an individual,<br><br>              Plaintiff,<br><br>     v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurer,<br><br>              Defendant. | Case No. 2:23-cv-00467-JHC<br><br>**JOINT PRETRIAL ORDER** |

### A.  JURISDICTION

Jurisdiction is vested in this court by virtue of 28 U.S.C. § 1441(a). State Farm Fire and Casualty Company ("State Farm") removed this case from Washington State Superior Court on March 27, 2023, based upon the complete diversity of citizenship between the parties and the amount in controversy. [Dkt. No. 1].

### B.  CLAIMS AND DEFENSES

Mr. Spurlock (Plaintiff) will pursue at trial at the following claims:

1) **Breach of Contract** *[See Dkt. No. 1-2, p. 7]:* State Farm breached the insurance policy when it denied coverage for Mr. Spurlock's claim.

JOINT PRETRIAL STATEMENT
Case No. 2:23-cv-00467-JHC
Page 1 of 11

CASCADE LAW PLLC
2707 Colby Ave, Suite 1420
Everett, WA 98201
P: (425) 998-8999 / info@cascade.law

2) **Bad Faith / Failure to Act in Good Faith** *[See Dkt. No. 1-2, p.10-11]:* State Farm acted in bad faith in the manner in which it handled Mr. Spurlock's claim (including, but not limited to its numerous violations of the Unfair Claims Settlement Practices Act) and for unfairly denying coverage to him based upon a self-serving interpretation of language in its policy.

3) **Violations of the Consumer Protection Act, RCW 19.86 et seq.** *[See Dkt. No. 1-2, p.7-9]:* State Farm violated the Consumer Protection Act by unfair or deceptively handling Mr. Spurlock's claim, unfairly denying coverage to him, acting in bad faith, and violating numerous provisions of the Unfair Claims Settlement Practices Act, WAC 284-30-300 *et seq*.

4) **Violation of the Insurance Fair Conduct Act, RCW 48.30.015** *[See Dkt. No. 1-2, p. 11-12].* State Farm unreasonably denied coverage to Mr. Spurlock for his loss.

State Farm (Defendant) will pursue the following affirmative defenses:

1) Failure to mitigate damages.

2) Contributory negligence.

3) Plaintiff's damages, in whole or in part, may have been caused by his own acts and omissions or his failure to comply with the Policy's terms.

4) Assumption of risk.

5) Plaintiff's damages, in whole or in part, may have resulted from pre-existing or intervening conditions or events, and any recovery should be reduced accordingly.

6) Plaintiff's coverage under the Policy excludes diminution of value of the subject Property unrelated to the Water Loss and any award should be reduced accordingly.

JOINT PRETRIAL STATEMENT
Case No. 2:23-cv-00467-JHC
Page 2 of 11

CASCADE LAW PLLC
2707 Colby Ave, Suite 1420
Everett, WA 98201
P: (425) 998-8999 / info@cascade.law

7) Payment.

State Farm reserves its right to amend these affirmative defenses pending the Court's ruling on State Farm's forthcoming motion for reconsideration of the Court's Order, Dkt. 79. Plaintiff objects to State Farm's reservation or ability to furher amend its affirmative defenses as per the Court's prior ruling. *[See Dkt. No. 79, p. 20-22].*

### C.  ADDMITTED FACTS

The following facts are admitted by the Parties:

1) Defendant State Farm issued a "Homeowner's Policy" to Craig Spurlock, policy number 47-C5-F743-5, which was in force and effect at the time of the loss.

2) Mr. Spurlock purchased his homeowner's insurance policy from State Farm insurance agent Mark Mullins.

3) The policy also included a "Back-Up of Sewer or Drain (BUSD)" endorsement.

### D.  ISSUES OF LAW

The following are the issues of law to be determined by the Court:

1) Whether the decision regarding treble damages under either 48.30.015 or RCW 19.86.090 is to be made by the jury or by the Court, if necessary.

### E.  EXPERT WITNESSES

a) Each party expects to call expert witnesses on the issues in dispute, specifically regarding whether State Farm's acts or omissions met industry standards. Plaintiff also expects to call a construction industry expert witness, Wes Snowden, to prove a certain amount of damages for repairs to Mr. Spurlock's house.  State Farm also expects to call a licensed Washington engineer, John Crase, to prove that the sump pump well is not a part of the

JOINT PRETRIAL STATEMENT
Case No. 2:23-cv-00467-JHC
Page 3 of 11

CASCADE LAW PLLC
2707 Colby Ave, Suite 1420
Everett, WA 98201
P: (425) 998-8999 / info@cascade.law

structure's foundation, and to otherwise testify in accordance with his expert report. Plaintiff objects to any testimony by John Crase.

b) The name(s) and addresses of the expert witness(es) to be used by each party at the trial and the issue upon which each will testify is:

1. On behalf of plaintiff:

| | |
|---|---|
| Damian J. Arguello<br>6947 Coal Creek Parkway #111<br>Newcastle, WA 98059 | Will testify |
| Wes Snowden<br>980 South Harney St.<br>Seattle, WA 98108 | Will testify |

2. On behalf of defendant:

| | |
|---|---|
| David W. Mandt<br>PO Box 854<br>Montesano, WA 98563 | Will testify |
| John Crase<br>960 South Harney St.<br>Seattle, WA 98108 | Will testify |

### F.  OTHER WITNESSES

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of the testimony of each are:

**a) On behalf of plaintiff:**

a. Craig Spurlock, c/o Cascade Law PLLC, 2707 Colby Avenue, Suite 1420 Everett, WA 98201, will testify regarding all liability issues and damages (will testify);

b. Carina Spurlock, c/o Cascade Law PLLC, 2707 Colby Avenue, Suite 1420 Everett, WA 98201, will testify regarding plaintiff's damages (will testify);

JOINT PRETRIAL STATEMENT
Case No. 2:23-cv-00467-JHC
Page 4 of 11

CASCADE LAW PLLC
2707 Colby Ave, Suite 1420
Everett, WA 98201
P: (425) 998-8999 / info@cascade.law

    c. Craig Spurlock Jr., c/o Cascade Law PLLC, 2707 Colby Avenue, Suite 1420 Everett, WA 98201, will testify regarding plaintiff's damages (may testify);

    d. Scott Spurlock, c/o Cascade Law PLLC, 2707 Colby Avenue, Suite 1420 Everett, WA 98201, will testify regarding plaintiff's damages (may testify);

    e. Askin Gallentine, c/o Cascade Law PLLC, 2707 Colby Avenue, Suite 1420 Everett, WA 98201, will testify regarding plaintiff's damages (may testify);

    f. Mark Mullins, c/o Mix Sanders Thompson, 1601 Fifth Avenue, Suite 1800, Seattle, WA 98101, will testify regarding all liability issues (will testify);

    g. James Trout, c/o Sinars Slowikowski Tomaska LLC, 1000 Second Ave. Suite 1950, Seattle WA 98104, will testify regarding all liability issues (will testify);

    h. Amanda Nelson, c/o Sinars Slowikowski Tomaska LLC, 1000 Second Ave. Suite 1950, Seattle WA 98104, will testify regarding all liability issues (will testify);

    i. Robert Matsushima, c/o Sinars Slowikowski Tomaska LLC, 1000 Second Ave. Suite 1950, Seattle WA 98104, will testify regarding all liability issues. Mr. Matsushima, as State Farm's Fed. R. Civ. P. 30(b)(6) representative may also be asked to testify regarding a certain portion of Plaintiff's damages (will testify).

b) **On behalf of defendant:**

    a. Robert Matsushima, c/o Sinars Slowikowski Tomaska LLC, 1000 Second Ave. Suite 1950, Seattle WA 98104, will testify regarding facts related to State Farm's handling of Mr. Spurlock's claim (will testify).

## G. EXHIBITS

| | *Plaintiff's Exhibits* | | | | |
|---|---|---|---|---|---|
| Ex | Description | Authenticity | Admissibility | Objection | Admitted |

JOINT PRETRIAL STATEMENT
Case No. 2:23-cv-00467-JHC
Page 5 of 11

CASCADE LAW PLLC
2707 Colby Ave, Suite 1420
Everett, WA 98201
P: (425) 998-8999 / info@cascade.law

| # | Exhibit | Pl | Def | Objections | |
|---|---|---|---|---|---|
| 1 | Certified Copy of State Farm Policy No. 47-C5-F743-5 | Agreed | Agreed | None | |
| 2 | Back-Up Of Sewer Or Drain Endorsement HO-2622.1 | Agreed | Agreed | None | |
| 3 | Redacted Claim Notes for Claim No. 47-31G0-31W | Agreed | Agreed | **Pla**: Subject to certain redactions after Order *in Limine*, admissibility is stipulated. FRE 401 and 403 *See* Plaintiff's Motions *in Limine* (incorporated by reference). | |
| 4 | Letter from State Farm dated April 8, 2022 | Agreed | Agreed | None | |
| 5 | Letter from State Farm dated April 11, 2022 | Agreed | Agreed | None | |
| 6 | Office of the Insurance Commissioner Complaint dated June 18, 2022 | Agreed | Disputed | FRE 402, 403, 802, 805 | |
| 7 | Letter from State Farm dated July 26, 2022 | Agreed | Agreed | None | |
| 8 | Insurance Fair Conduct Act Complaint dated December 21, 2022 | Agreed | Disputed | State Farm: FRE 402, 403, 802, 805<br><br>**Pla**: Subject to certain redactions after Order *in Limine*, admissibility is | |

JOINT PRETRIAL STATEMENT  
Case No. 2:23-cv-00467-JHC  
Page 6 of 11

CASCADE LAW PLLC  
2707 Colby Ave, Suite 1420  
Everett, WA 98201  
P: (425) 998-8999 / info@cascade.law

| # | Exhibit | Pla | Def | Objection | |
|---|---|---|---|---|---|
| | | | | stipulated. FRE 401 and 403 *See* Plaintiff's Motion *in Limine* | |
| 9 | Declaration of Craig Spurlock | Agreed | Disputed | FRE 802, 805 | |
| 10 | February 5, 2024 Report of Damian J. Arguello | Agreed | Disputed | State Farm: FRE 802, 805<br><br>**Pla:** Marked for identification purposes only (not offered) | |
| 11 | March 5, 2024 Rebuttal Report of Damian J. Arguello | Agreed | Disputed | State Farm: FRE 802, 805<br><br>**Pla:** Marked for identification purposes only (not offered) | |
| 12 | Curriculum Vitae of Damian J. Arguello | Agreed | Disputed | State Farm: FRE 802, 805<br><br>**Pla:** Marked for identification purposes only (not offered) | |
| 13 | January 5, 2024 Report of Wes Snowden | Agreed | Disputed | State Farm: FRE 802, 805<br><br>**Pla:** Marked for identification purposes only (not offered) | |

JOINT PRETRIAL STATEMENT
Case No. 2:23-cv-00467-JHC
Page 7 of 11

CASCADE LAW PLLC
2707 Colby Ave, Suite 1420
Everett, WA 98201
P: (425) 998-8999 / info@cascade.law

| | | | | | |
|---|---|---|---|---|---|
| 14 | Curriculum Vitae of Wes Snowden | Agreed | Disputed | State Farm: FRE 802, 805<br><br>**Pla:** Marked for identification purposes only (not offered) | |
| 15 | Deposition Transcript of State Farm dated April 30, 2024 | Agreed | Disputed | State Farm: FRE 802, 805<br><br>**Pla:** Marked for identification purposes only (not offered) | |
| 16 | Deposition Transcript of Amanda Nelson dated May 2, 2024 | Agreed | Disputed | State Farm: FRE 802, 805<br><br>**Pla:** Marked for identification purposes only (not offered) | |
| 17 | Deposition Transcript of James Trout dated May 1, 2024 | Agreed | Disputed | State Farm: FRE 802, 805<br><br>**Pla:** Marked for identification purposes only (not offered) | |
| 18 | Washington Restorer business records obtained by State Farm | Disputed | Disputed | FRE 602, 802, 901, 1002 | |
| 19 | All Septic & Sewer business records obtained by State Farm | Disputed | Disputed | FRE 602, 802, 901 | |

JOINT PRETRIAL STATEMENT
Case No. 2:23-cv-00467-JHC
Page 8 of 11

CASCADE LAW PLLC
2707 Colby Ave, Suite 1420
Everett, WA 98201
P: (425) 998-8999 / info@cascade.law

| Ex. | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 20 | Photos Depicting Craig Spurlock (*Demonstrative Exhibits*) | Agreed | Agreed | State Farm: Reserves its right to offer the photos into evidence<br><br>**Pla:** Demonstrative Exhibit (not offered) | |
| *Defendant's Exhibits* | | | | | |
| Ex. | Description | Authenticity | Admissibility | Objection | Admitted |
| 500 | Plaintiff's Complaint | Agreed | Disputed | FRE 401, 403, *See* Plaintiff's Motion *in Limine* No. 13, incorporated by reference | |
| 501 | Plaintiff's Responses to State Farm's First Set of Interrogatories and Requests for Production of Documents (06/01/2023) | Agreed | Disputed | FRE 802, 401, 403, *See* Plaintiff's Motion *in Limine* No. 13, 14, 18, incorporated by reference | |
| 502 | Sump Pump Photos in Claim File (5 pages; SPURLOCK_SFFCC_000462-000466) | Agreed | Agreed | | |
| 504 | State Farm Claim Notes (22 pages; SPURLOCK_SFFCC_000015-000036) | Agreed | Agreed | | |

## H. ACTION BY THE COURT

a) This case is scheduled for a trial before a jury on January 6, 2025, at Seattle.

JOINT PRETRIAL STATEMENT
Case No. 2:23-cv-00467-JHC
Page 9 of 11

CASCADE LAW PLLC
2707 Colby Ave, Suite 1420
Everett, WA 98201
P: (425) 998-8999 / info@cascade.law

b) Trial briefs shall be submitted to the court on or before December 30, 2024 [Dkt. No. 48].

c) Jury instructions requested by either party shall be submitted to the court on or before December 30, 2024. [*Id.*]. Suggested questions of either party to be asked of the jury by the court on *voir dire* shall be submitted to the court on or before December 30, 2024. [*Id.*].

d) _____

This order has been approved by the parties as evidenced by the signatures of their counsel.

DATED this __20th__ day of December, 2024.

_____
The Honorable John H. Chun
United States District Judge

FORM APPROVED

CASCADE LAW PLLC

s/Umar I. Gebril
Umar I. Gebril, WSBA No. 58227
Joseph W. Moore, WSBA No. 44061
Attorneys for Plaintiff Craig Spurlock
2707 Colby Avenue, Suite 1420
Everett, WA 98201
P: (425) 998-8999

JOINT PRETRIAL STATEMENT
Case No. 2:23-cv-00467-JHC
Page 10 of 11

CASCADE LAW PLLC
2707 Colby Ave, Suite 1420
Everett, WA 98201
P: (425) 998-8999 / info@cascade.law

1 | umar@cascade.law
2 | joseph@cascade.law

3 | Sinars Slowikowski Tomaska LLC

4 | s/James D. Hicks
5 | James D. Hicks, WSBA #36126
6 | 221 1st Ave. W., Suite #200
  | Seattle, WA 98119
  | P: (206) 705-2115
7 | jhicks@sinarslaw.com
  | Counsel for Defendant State Farm Casualty Insurance Company

JOINT PRETRIAL STATEMENT
Case No. 2:23-cv-00467-JHC
Page 11 of 11

CASCADE LAW PLLC
2707 Colby Ave, Suite 1420
Everett, WA 98201
P: (425) 998-8999 / info@cascade.law