UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CRAIG SPURLOCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　　　　Defendant. | No. 2:23-cv-00467-JHC<br><br>**ORDER REGARDING DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S MOTIONS IN LIMINE**<br><br>NOTE ON MOTION CALENDAR: DECEMBER 20, 2024 @ 9:00 A.M. |

This matter came on regularly before the Court for hearing upon the Motions *in Limine* of Defendant State Farm Fire and Casualty Company's (State Farm). Dkt. The Court having considered the arguments of counsel and reviewed the records and files herein, including. State Farm's Stipulated Motions are GRANTED. The Court hereby finds and rules as follows:

**Disputed Motions *in Limine***

**C. Order and presentation of witnesses.**

　　GRANTED. This applies to both parties.

**D. Counsel should be precluded from making improper arguments in opening statements.**

　　GRANTED. This applies to both parties.

ORDER ON STATE FARM'S
MOTIONS IN LIMINE - 1
NO. 2:23-cv-00467-JHC

E. **Exclude references to the nature of either counsel's practice or references to size of their firms.**

GRANTED.

F. **Exclude argument or evidence related to the opinions of State Farm's experts before State Farm presents its case.**

DENIED.

G. **Exclude non-party witnesses from the courtroom during the course of trial and prohibit the sharing of lay witness testimony with other lay witnesses.**

GRANTED.  This applies to both parties.

H. **Exclude "Reptile Theory," "Golden Rule," or similar arguments by Plaintiff.**

GRANTED as to "Golden Rule."  Otherwise, RESERVED.

I. **Exclude testimony or arguments implying that the jury should consider the relative resources of the parties.**

GRANTED.

J. **Exclude evidence or argument relating to other suits or claims against State Farm.**

RESERVED.

K. **Exclude reference to testimony, documents, or material subject to the Court's Protective Order.**

GRANTED.

L. **Exclude evidence or argument regarding litigation-induced stress.**

GRANTED.

M. **Exclude any evidence or argument relating to State Farm's conduct after suit was filed.**

ORDER ON STATE FARM'S
MOTIONS IN LIMINE - 2
NO. 2:23-cv-00467-JHC

RESERVED.

DATED this 20th day of December, 2024.

                                                */s/ John H. Chun*
                                      JOHN H. CHUN
                                      United States District Judge

ORDER ON STATE FARM'S
MOTIONS IN LIMINE - 3
NO. 2:23-cv-00467-JHC