UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CRAIG SPURLOCK,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | No. 2:23-cv-00467-JHC<br><br>**SUPPLEMENTAL ORDER RE: MOTIONS IN LIMINE** |

This matter comes before the Court on the parties' motions in limine. Dkt. ## 76 & 77. Upon further consideration, including review of the parties supplemental briefing, Dkt. ## 94 & 98, the Court rules as follows:

- Plaintiff's Motion in Limine 21: GRANTED to the extent that David Mandt may not testify that State Farm was reasonable or acted reasonably. *See United States Fid. & Guar. Co. v. Ulbricht*, 576 F. Supp. 3d 850, 858 (W.D. Wash. 2021).

- Defendant's Motion in Limine M: GRANTED.

With respect to each remaining motion in limine on which ruling has been

SUPPLEMENTAL ORDER RE:
MOTIONS IN LIMINE - 1
NO. 2:23-cv-00467-JHC

reserved, the Court will address the issue if it arises.  **If a party seeks to refer to any information or material covered by any such motion on which the Court has reserved ruling, that party shall first raise the issue with the Court outside the presence of the jury.**

DATED this 6th day of January, 2024.

*John H. Chun*
JOHN H. CHUN
United States District Judge

SUPPLEMENTAL ORDER RE:
MOTIONS IN LIMINE - 2
NO. 2:23-cv-00467-JHC