UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRAIG SPURLOCK,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Defendant. | No. 2:23-cv-00467-JHC<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS |

Before the Court is the Parties' Stipulation for Dismissal With Prejudice of All Claims, Dkt. No. 107. Plaintiff is represented by Umar I. Gebril and Ben W. Wells. Defendant is represented by James D. Hicks. The parties have submitted to the Court a Stipulation for Dismissal with Prejudice of All Claims without any award of costs or attorney's fees or costs to any party.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims against Defendant State Farm Fire and Casualty Company are hereby **DISMISSED WITH PREJUDICE** and without fees or costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and close the file.

1  DATED this 21st day of January 2025.

2

3

4  JOHN H. CHUN
   UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH
PREJUDICE OF ALL CLAIMS - 2
NO. 2:23-cv-00467-JHC